# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Hon. Angelo Joseph Piazza, III
Attorney at Law
P. O. Box 429
Marksville LA 71351

Deanna Gaspard
Avoyelles Women's Corr Ctr (# 556709)
P. O. Box 340    (Dorm 4)
Cottonport LA 71327

## REHEARING ACTION: December 15, 2010

**Docket Number: 09   01516-KA**

**STATE OF LOUISIANA**
**VERSUS**
**DEANNA GASPARD**

**Appealed from Avoyelles Parish Case No. 146493**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks**
**Hon. J. David Painter**
**Hon. David Ellis Chatelain**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Deanna Gaspard** has this day been

**DENIED.**

cc: Hon. Charles A. Riddle  III, Counsel for the Appellee
    Andrea D. Aymond, Counsel for the Appellee